**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PRIME PROPERTY AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,

v.                                                          Case No:   6:24-cv-1278-WWB-LHP

JWG INVESTMENTS, LLC, BRYAN
CAMACHO NARANJO and
GRETCHEN RAIMUNDI,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** NOTICE OF APPEARANCE AND UNOPPOSED MOTION FOR ENLARGMENT TO ANSWER OR OTHERWISE PLEAD[1]  (Doc. No. 21)
>
> **FILED:** October 11, 2024

---

[1] The Court will in this one instance grant Defendant's request for relief, despite the fact that Defendant inappropriately included a request for relief within a notice filing.   See *Fed. Trade Comm'n v. Life Mgmt. Servs. of Orange Cnty., LLC*, No. 6:16-CV-982-ORL-41TBS, 2019 WL 1491566, at *1 (M.D. Fla. Mar. 25, 2019) ("Each pleading, motion, notice, or other paper shall be presented in a separate document.").

> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**   **JOINT STIPULATION TO SET ASIDE DEFAULT (Doc. No. 22)**
>
> **FILED:**      October 14, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On September 10, 2024, Clerk's default was entered against Defendant Bryan Camacho Naranjo in this matter.   Doc. Nos. 11, 12.   Plaintiff and Defendants Bryan Camacho Naranjo and JWG Investments, LLC now jointly move to set aside the Clerk's default against Defendant Naranjo.[2]   Doc. No. 22.

---

[2] The Court in this one instance construes the joint stipulation as a joint motion. The last remaining Defendant to appear in this action, Defendant Gretchen Raimundi, has not yet been served.   *See* Doc. Nos. 18, 19.

Upon consideration, the request is well taken. Accordingly, the Clerk of Court is **DIRECTED** to **VACATE** the default entered against Defendant Bryan Camacho Naranjo (Doc. No. 12). Defendants JWG Investments, LLC and Bryan Camacho Naranjo shall respond to the complaint by **November 5, 2024**.

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties