# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PRIME PROPERTY AND CASUALTY
INSURANCE COMPANY,

          Plaintiff,

v.                                                                Case No:   6:24-cv-1278-WWB-LHP

JWG INVESTMENTS, LLC, BRYAN
CAMACHO NARANJO and
GRETCHEN RAIMUNDI,

          Defendants

_____

## ORDER

    This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:   PLAINTIFF PRIME PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT (Doc. No. 44)**
>
> **FILED:   January 6, 2025**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(g).   The motion also fails to include a memorandum of legal authority as required by Local Rule 3.01(a)—lone citations to Federal Rules of Civil Procedure 12(a) and 55(a) do not suffice.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties